EL PUEBLO, DEMANDANTE Y APELADO, *v.* OXIO, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en causa por acometimiento y agresión.

No. 2105.—Resuelto en julio 12, 1923.

DENUNCIA SUFICIENTE—SITIO DONDE SE COMETIÓ EL DELITO.—*Bill of Particu-
lars.*—Cuando un acusado quiere más amplia información respecto al sitio
donde se alega en la denuncia que se cometió el delito, su remedio es soli-
citar un *bill of particulars.*

TESTIGO CIEGO.—El testimonio de un ciego, si es satisfactorio, puede ser sufi-
ciente para probar la comisión de un delito.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. A. A. Vázquez.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

La denuncia en este caso fué presentada en la Corte Municipal de Mayagüez, estando jurada ante su secretario, e imputa al apelante haber cometido un delito de acometimiento y agresión en la persona del denunciante "en el local de Pedro Ronda del distrito judicial municipal de Mayagüez."

Esa denuncia era suficiente para dar jurisdicción a dicha corte municipal y a la corte de distrito para conocer en la apelación de la sentencia dictada por aquélla, y si el denunciante quería mayor información respecto al sitio, debió pedir que tal especificación se hiciera. *El Pueblo* v. *París,* 25 D. P. R. 111.

La prueba fué contradictoria y si bien el único testigo de cargo es ciego, no podemos decir que la corte cometiera error al dar crédito a su declaración pues por la forma en que fué prestada por él puede concluirse que es suficiente para probar el delito imputado al apelante.

Siendo esos dos los motivos de esta apelación, debemos confirmar la sentencia.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.